FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

### COMPLAINT

_Use_ Sr.          110652
(Last Name)          (Identification Number)

Calvin     PhilliP
(First Name)        (Middle Name)

East Miss. Correctional Facility
(Institution)

10641 Hwy. 80 West; Meridian, Miss.
(Address)                        39307
(Enter above the full name of the plaintiff, prisoner, and address
plaintiff in this action)

CIVIL ACTION NUMBER: 3:14cv228-RHW-BKHA
(to be completed by the Court)

**SOUTHERN DISTRICT OF MISSISSIPPI**
**FILED**
**MAR 19 2014**
ARTHUR JOHNSTON
BY _____ DEPUTY

Dr. Carl Reddix, C.E.O. of
Health Assurance, LLC.
Dr. Carl Faulks, Facility Physician
Dr. Deric Edwards, Facility Physician
Dr. Bimbrant, Facility Dentist
Dr. Gloria Perry, M.D.O.C. Chief Medical Officer
Nurse Ollie Little, Dept Head Nurse

(Enter above the full name of the defendant or defendants in this action)

### OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions.  Failure to do so may result in your case being dismissed.

A.  Have you ever filed any other lawsuits in a court of the United States?          Yes (X)  No (  )

B.  If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there
   is more than one action, complete the following information for the additional actions on the reverse side of this page or
   additional sheets of paper.)

   1.  Parties to the action: M.T.C.; E.M.C.F. Warden Jerry Busher;
      E.M.C.F. Law Librarian Tina Roberts, And
      M.D.O.C. Law Librarian Supervisor Gia McLeod

   2.  Court (if federal court, name the district; if state court, name the county): Lauderdale

   3.  Docket Number: 14-CV-020<W>

   4.  Name of judge to whom case was assigned: Lester F. Williamson Jr.

   5.  Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still
      pending?): Still pending

1

Question <B> Continued

<I.> Nurse Atwood; Nurse Shephard; Nurse Sharp; Dr. Abawga,

<II.> Southern District, Eastern Division,

<III.> 4:cv-164-FKB-FKB;

<IV.> F. Keith Ball,

<V.> Still Pending.

---

<I.> G.E.O. To Warden Reagans, and Major Mize,

<II.> Lauderdale County,

<III.> 11-cv-045<w>,

<IV.> Lester F. Williamson Jr.,

<V.> Dismissed, Failed to provide Summons or serve process.

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: Calvin P. Use' Sr.    Prisoner Number: 110652

Address: East Mississippi Correctional Facility

10641 Highway 80 West

Meridian, Miss. 39307

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: Health Assurance, Dr. Carl Reddix C.E.O.    is employed as Contracted Medical ~~Server~~ for M.D.O.C.    at East Mississippi Correctional Facility

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME:                           ADDRESS:
Calvin P. Use' Sr. 110652       East Miss. Correctional Facility

                                10641 Highway 80 W; Meridian, Miss.
                                                              39307

DEFENDANT(S):

| NAME: | ADDRESS: |
|---|---|
| Dr. Carl Reddix C.E.O. %₀ | 5903 Ridgewood Rd. Suite # 320 |
| Health Assurance, LLC | Jackson, Miss. 39211 |
| Dr. Carl Faulks, | 450 East Pass Road Suite # 3 |
| Facility M.D. | Gulfport, Miss. 39507 |
| Dr. Deric Edwards | E.M.C.F.; 10641 Highway 80 West |
| Facility Physician | Meridian, Miss. 39307 |
| Dr. Rimbrant | E.M.C.F.; 10641 Highway 80 West |
| Facility Dentist | Meridian, Miss. 39307 |
| Dr. Gloria Perry, M.D.O.C. | M.D.O.C.; 723 North President Street |
| Chief Medical Officer | Jackson, Miss. 39209 |
| Nurse Ollie Little | E.M.C.F.; 10641 Highway 80 West |
| Dept. Head Nurse | Meridian, Miss. 39307 |

Each defendent is sued individually and in His/Her official capacity. At all times mentioned in this complaint Each defendent acted under the color of State Law.

# GENERAL INFORMATION

A.    At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

    Yes (✕)   No (  )

B.    Are you presently incarcerated for a parole or probation violation?

    Yes (  )   No (✕)

C.    At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

    Yes (✕)   No (  )

D.    Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

    Yes (✕)   No (  )

E.    Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

    Yes (✕)   No (  ), if so, state the results of the procedure: _Unsatisfied; Do to No_
_____ _Relief Sence 2010 on this issue._

    N/A

F.    If you are **not** an inmate of the Mississippi Department of Corrections, answer the following questions:

    1.    Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

        Yes (  )   No (  )

    2.    State how your claims were presented (written request, verbal request, request for forms): _____

        _____

        _____

    3.    State the date your claims were presented: _____

    4.    State the result of the procedure: _____

        _____

## STATEMENT OF CLAIM

III.    State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of
other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege
a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach
extra sheet if necessary.) "Point One <I> Facts"

P.I> Since Petitioner's original two <II> A.R.P.'s contain all the
facts in this case he request that you review both A.R.P.'s
and other enclosed documents.

P.II> As to Dr. Deric Edwards' response that states; "This
issue appears to have been addressed appropriately in the
first step Response. No further action indicated at this
time."

P.III> Petitioner, doesnot understand how this issue has
been appropriate addressed since petitioner has been

### RELIEF

IV.    State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Wherefore, Petitioner respectfully prays that this Horonable
Court enter judgment granting petitioner:

P.I> A declaration that the acts and omissions described
herein violated petitioner's rights under the Constitution
and laws of the United States.

Signed this 11 day of March , 20 14

CALvin PUSE SR.

10641 Hwy 80 WEST, Meridian
Signature of plaintiff, prisoner number and address of
plaintiff                                              MISS.

I declare under penalty of perjury that the foregoing is true and correct.

3-11-14                                  Calvin P. Use Sr.
(Date)                                   Signature of plaintiff

4

## "Statement of Claim Continued"

Complaining about not having a top Denture plate since 2010 and it is now March 2014 and still doesnot have a top denture plate.

### "Point Two <II> Facts"

P. I.> Petitioner is sueing Dr. Carl Reddix, the C.E.O. for Health Assurance LLC. in Care of Health Assurance for "Breach of third party contract in refusing to provide or send petitioner ▉ where he can be provided with a top denture plate. By this refusal they violated the Eighth <VIII> Amendment of the U.S. Constitution.

P. II.> Petitioner is Sueing Dr. Carl Faulks, the facility Physician from July 2012 when Health Assurance took over the medical Department here at East Miss. Correctional Facility until September 2013 in witch time he was made aware of petitioner's need of a denture plate for the top of his mouth. Therefore by him not making proper arangements for petitioner to recieve a top denture plate and by not ordering a soft food diet until petitioner recieved a top denture plate he violated the Eighth amendment of the U.S. Constitution.

P. III.> Petitioner is sueing Dr. Deric Edwards, the facility Physician since October 2013 to the present and has

## "Statement of Claim Continued"

not made any arangements for petitioner to be fitted for or taken to a place where he can be fitted for and given a top denture plate. Therefore, by his actions and response to the second step of petitioners A.R.P. Complaint he has violated the eighth amendment of the U.S. Constitution.

P.IV.> Petitioner is sueing Dr. Rimbrant, the facility Dentist, who, has refused petitioners request for a top denture plate or to send petitioner someplace where he may recieve said denture plate. Dr. Rimbrant refuses to provide petitioner with his first name as well. Therefore I request this Honorable Court to order Health Assurance to provide this information to the courts. Also by Dr. Rimbrants refusal to provide petitioner with or make arangements for a top denture plate he has violated the eighth Amend-ment of the U.S. Constitution.

P.V.> Petitioner is sueing Dr. Gloria Perry, the chief medical officer for the Mississippi Department of Corrections; since petitioner sent her a copy of all documents that are being enclosed with this Complaint, and, seeing, as how, she chose not to respond and/or make arangements accordingly to this issue she has violated the eighth Amendment of the U.S. Constitution.

## "Statement Of Claim Continued"

P. VI > Petitioner is sueing Nurse Ollie Little, the department head nurse, since he holds a position and took it upon him-self to respond on the first step of petitioners A.R.P. complaint. He should have been able to make arangements for petitioner to be fitted for and given a top denture plate and/or ordered a solft diet for petitioner until he recieved a top denture plate. Therefore, since he new about this matter since 2012 and has done nothing to resolve this issue he has violated the ▓▓▓ eighth Amendment of the U.S. Constitution.

## "Requested Relief Continued"

P. II > A preliminary and permanent injunction ordering all named defendants to make arangements for petitioner to be fitted for and recieve a top denture plate and a bite plate to ware while sleeping.

P. III > Compensatory damages in the amount of $25,000.⁰⁰ against each defendant, jointly and severally.

P. IV > Punitive damages in the amount of $25,000.⁰⁰ against each defendant.

P. V > A jury trial ● on all issues triable by jury.

P. VI > Petitioner's cost in this suit.

"ReQuested Relief Continued"

P. VII.> Any additional relief this Horonable court deems just, proper, and equitable.

The petitioner has no plain, adequate or complete remedy at law to redress the wrongs described herein. Petitioner has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which petitioner seeks.

*Exhibit "A" (All pages within)*

In The Mississippi Department of Corrections

<u>Administrative Remedy Program</u>



RECEIVED
NOV 2013
EMCF

Calvin P. Use' Sr. #110652                    Petitioner

     vs.     A·R·P·# <u>E·M·C·F·14·300</u>

Health Assurance, Dr. Carl Reddix - C.E.O

Dr. Carl Faulks, Facility Physician

Nurse Little, Medical Dept. Head    Respondents

Dr. Rimbrant, Dentist

Dr. Gloria Perry, M·D·O·C· Chief Medical Officer

"This is a Request for Administrative Remedy"

Comes now, Petitioner, Calvin P. Use' Sr. #110652, with this his request Administrative Remedy, Concerning a top Denture plate.

Petitioner will here and now state the facts as to the best of his knowledge.

"Point One <I> Facts"

P.I> Petitioner had been told that he was on a waiting list from 2010 throu June 2012.

P.II> July 2012 Mrs. <ie Health Assurance> took over.

P.III> July 22ᴺᴰ 2012, Petitioner went to see the Dentist

about a tooth ache. all he did was clean petitioners' bottom teeth.

P.IV.> While petitioner was having his bottom teeth Cleaned he asked the dentist, when would they start calling inmates for denture fittings; He < The Dentist> answered that they would start in August 2012.

P.V.> November 10 2012, Petitioner, went back to see the dentist with another tooth ache.

P.VI> Petitioner had wrote on his sickcall request that he needed a top denture plate.

P.VII> While at the November 10th 2012 dental visit petitioner asked by word of mouth about a top denture plate again.

P.VIII> That dentist told petitioner that Health Assurance doesnot provide dentures of any kind. Petitioner asked 3 to 6 times and kept getting the same answer.

"Point Two < II > Facts"

P.I.> November 11th 2012, Petitioner filed A.R.P.# E.M.C.F.-13-784;

P.II.> Petitioner (Recieved) a responce back dated January 3rd 2013 informing him that said A.R.P. was accepted, But

II

that he had other A.R.P.'s pending. <Exhibit D, I>

P.III.> Either the last week of January 2013, or some-time during February 2013, or there about petitioner droped said pending A.R.P.

P.IV.> May 30th 2013, Petitioner wrote Mrs Graham Concerning the dentures-A.R.P., and was told to please process. <Exhibit D, III>

P.V.> June 12th 2013, Petitioner recieved a notice stating that his dentures-A.R.P. was with staff. <Exhibit D, II>

"Point Three Facts" <III>"

P.I.> June 24th 2013, Petitioner, recieved his first step responce, stating, "that dentures are ordered by the dentist only based on medical Necessity and that an appointment would be scheduled." <per Nurse Little> <Exhibit B>

P.II.> July 5th 2013, Petitioner, recieved his second step responce, stating, "Dentures are provided according to M.D.O.C. policy. Dentist will discuss with you on your next Visition date. <Dr. C. Faulks> <Exhibit C, I>

P.III.> Between the 17th and 18th of August 2013, Petitioner went to see the dentist <Dr. Rimbrant> and he told

III

petitioner that he did not know anything about Me
and dentures, Plus, that Health Assurance doesn't issue
dentures.

P. IV > September 4th 2013, Petitioner mailed an inmate
request form to nurse Little and Dr. Gloria Perry trying
to resolve this issue. No response yet. < Exhibits E, F and II >

"Point Four < IV > Facts"

P. I > Petitioner will now refer you to M.D.O.C. policies, and
the U. S. and Miss. Constitutions.

P. II > Policy # 25.05.A, Responsibilty of Health Authority,
subtitle, Policy, Lines, 1 - 76.

P. III > Policy # 22.05.01, Medical Classification, subtitle,
Modifications < Medical Classification > Lines, 111 and 112.

P. IV > Policy # 23.02.01, Dietary Allowance, Menu Planning,
and Therapeutic Diets; Definitions, Lines, 17 and 18, and
Procedures, Lines, 90 - 97

P. V > Policy # 25.06.E, Dental Services; Dental Prostheses,
Lines, 90 - 95.

P. VI > Under the Bill of Rights and Amendments to the U. S.
Constitution, Amendment Eight < VIII > "Nor cruel and unusual

(IV)

punishment be inflicted.

P. VII> Under the 1890 Constitution of Mississippi; Article Three <III> Section <XXVIII>, "Cruel or Unusual punishment shall not be inflicted.

"Conclusion"

P. I> In conclusion the top of petitioners' mouth hurts from bruising, Plus at times his mouth bleeds, He also has proublems with his stamich and bowus from not being able to chew his food properly, His bottom teeth are constantly hitting his top gums and the roof of his mouth.

P. II> Farthermore he states that this is a constitutional violation, in both State and Federal, as well as being against M.D.O.C. policies.

"Requested Relief"

P. I> That petitioner be fitted with a top denture plate; if the dentist here at E.M.C.F. can't do it for some reason then he request that he be taken to a specialist that can do it.

(V)

P #> That petitioner be put on a soft food diet untill he's been fitted with a top denture plate.

Respectfully Submitted By;

Calvin P. Use Sr. #110652
E.M.C.F.4.B.205

Petitioners' Signiture, Calvin P. Ilse Sr. #110652

Date Mailed, November 17 2013

one and one copy made

VI

INMATE RECEIPT

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

ARP # _____ - _____ - _____

Date: _____

Received By: _____

Witness: _____

_____ Form ARP-1 — Offender's relief form

_____ Form ARP-2 — 1st step response

_____ Form ARP-3 — 2nd step response

_____ 5-Day extension

_____ Step 2 denial

_____ Rejected

_____ Other

1st page of this receipt is to be returned to the Legal Claims
Adjudicator to become part of inmate's ARP file

YELLOW COPY - INMATE

# MISSISSIPPI DEPARTMENT OF CORRECTIONS

## Administrative Remedy Program

ARP # _____ - _____ - _____

Date: _____

Received By: _____

Witness: _____

_____ Form ARP-1 — Offender's relief form

_____ Form ARP-2 — 1st step response

_____ Form ARP-3 — 2nd step response

_____ 5-Day extension

_____ Step 2 denial

_____ Rejected

_____ Other

1st page of this receipt is to be returned to the Legal Claims
Adjudicator to become part of inmate's ARP file

YELLOW COPY - INMATE



# MISSISSIPPI DEPARTMENT OF CORRECTIONS

## ARP SCREENING FORM

NAME: _Calvin Lse_   MDOC NO. _110652_   UNIT: _EMCF_

DATE WRITTEN: _11/18/13_   DATE OF INCIDENT: _____

CODE: _101_   ACCEPTED: _t_   REJECTED: _____

_____   OT-14

FIRST STEP RESPONDENT: _____

SUMMARY OF COMPLAINT: _Since EMCF cannot make dentures Request he be sent some where they do make them._

COMMENTS: _____

In The Mississippi Department of Corrections

Administrative Remedy Program

Calvin P. Use' Sr. #110652                              Petitioner,

    A.R.P.# E.M.C.F.14.300

"Petitioner's Response to His First Step Response"

## "Point One <I> Facts"

P.I> First, Petitioner, would like to point out that M.D.O.C. policy # 20-08-01, Grievance Procedures, Subtitle, Medical, lines, 245-249 states as follows;

> Medical Complaints will be handled at the first step by a licensed primary care physician and at the second step by the site medical director who is a licensed and supervisory doctor.

P.I> It doesn't say in anyway that a nurse or anyone else other than a medical doctor is to respond to the first and second steps of an inmates complaint; when made formal.

## "Point Two <#> Facts"

P.I> As to nurse Littles' first sentance; which states as follows; Dentures, per policy, Can only be ordered by the facitiy dentist based on medical need.

(I)

P.#> Policy # 25·06·E, Dental Services, Subtitle, Dental Prostheses, lines, 89-95, States as follows;

> Dental Prostheses will be provided only as medically necessary. <u>The Regional Dental Director will assist in determining that medical necessity.</u> ~~[redacted]~~ Permanent dentures will be provided to the inmate within ninety <90> days of the initial date of the denture mold.

P.Ⅲ> Petitioner would like to stress on what line 92 clearly states in the form of " <u>The Regional Dental Director will assist in determining that medical necessity</u>", not the facitily dentist as nurse Little states in his response to petitioner complaint.

<u>Point Three <Ⅲ> Facts</u>

P.Ⅰ> Nurse Littles' statement; that states as follows;

> I scheduled the appointment for you on 8-17-13 and you were scheduled 1-4-14, but due to lockdown were not seen.

P.Ⅱ> Please refure to Petitioner's original Complaint under Point Three<Ⅲ> Facts, Paragraph Three <Ⅲ> where he states that Dr. Rimbrant told him once again that he wasnot giving him a top denture plate. Furthermore that visit was not scheduled by nurse Little, but initiated by petitioner filing a medical request form requesting a top denture plate,

in which Dr. Rimbrant tore up after telling him that he would not give him a top denture plate.

P.III> As to where nurse Little states concerning a scheduled dental appointment for Jan. 4th 2014, but due to a lockdown petitioner was unabled to be seen. Petitioner was never informed of any such appointment. Prisoners are not suposed to be denied medical care for any reason.

## "Point Four <IV> Facts"

P.I> Now where nurse Little states, as follows;
     You were seen again by dental Jan. 19th 2014.

P.II> A woman dentist came to 4.B and loocked in petitioners mouth about cleaning his bottom teeth and when petitioner said anything about a top denture plate she stated that he would have to take that up with Dr. Rimbrant. Which was another violation of petitioners rights.

## "Point Five <V> Facts"

P.I> Furthermore, Petitioner was given this same response in A.R.P.# E.M.C.F. 13-784 and that A.R.P. had been filed on Nov. 10th 2012 and petitioner still doesnot have a top denture plate or has he seen a doctor or dentist or anyone ~~else~~ else

Concerning this issue. Also on September First 2013, petitioner sent an inmate request form to Mrs. Gloria Perry Chief Medical officer for M.D.O.C. and one to Nurse Little and still to this day has not recieved a response back. "Why?"

"Conclusion"

P.I.> In conclusion, Petitioner, is not satisfied with nurse Littles response for the above stated reasons and for the fact that E.M.C.F. pulled all his top teeth and told him that he would be fitted for a top denture plate since 2010 and is still dealing with bruising of the mouth and the lies from the medical staff.

P.II> Furthermore, Petitioner, stands by his original requested relief. <will send a copy of everything dealing with this issue.>

Respectfully Submitted By;
Calvin P. Use' Sr. M.D.O.C. #110652
E.M.C.F. 4·B·205

Petitioners' Signiture, Calvin P. Use' Sr. 110652

Date Mailed, February 12th 2014.

Ⅳ

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**
**Administrative Remedy Program**

ARP-2

## NUMBER _____ - _____ - _____

# FIRST STEP RESPONSE FORM

Type or use ball point pen. You must return your response to the Legal Claims Adjudicator within 30 days of the date the request was initiated.

TO:_____        _____
　　　　　　Inmate's Name and DOC#　　　　　　　　　　　　　　　　　Housing Unit

FROM:_____        _____
　　　　　Person to whom 1st Step is Directed　　　　　　　　　　　　　Title/Location

If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Legal Claims Adjudicator within 5 days of your receipt of this decision.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____        _____
　　　　　　　Signature　　　　　　　　　　　　　　　　　　　Date

( ) I am not satisfied with this response and wish to proceed to Step Two.
　　REASON:

_____

_____

( ) I wish to cancel this complaint.  You do not have to return this and time limit will cancel complaint.

_____        _____
Inmate's Signature　　　　DOC#　　　　　　　　　　　　　　　　Date

**Inmate's -  COPY**

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

## EMCF 14-300
## Second Step Response Form

You must respond to the inmate within 45 days of receipt of theappeal of the First Step Response.

Inmate's Name & #:**Calvin Use' #110652**
Location:  **EMCF**

From: **Dr. D. Edwards**
Title:**Facility Physician**

---

*This issue appears to have been addressed appropriately in the First Step Response. No further action indicated at this time.*

_____
Signature

_____
Date  2-18-14

---

The above named inmate has fulfilled the requirements of the Administrative Remedy Program and is eligible to seek judicial review within 30 days of receipt of the Second Step Response.

_____   _____
Inmate's Signature DOC # Date                2/20/14

East Mississippi Correctional Facility

**MTC** Management & Training Corporation

# Inmate Request Form

Inmate Name: CALvin P. Use' Sr.          MDOC #: 110652

Housing Assignment: •4•A•210•L• / one and one copy made
                                              date mailed

Date: September First 2013/
wrote

| | | |
|---|---|---|
| _____ Warden | _____ Education | _____ Unit Manager |
| _____ Warden of Security | _____ Telephone | _____ Psychologist |
| _____ Major | _____ Grievance | _____ Mental Health Counselor |
| _____ Captain | _____ ID Badges | _____ Case Manager |
| _____ Chaplain | _____ Library | _____ Programs Director |
| _____ Medical | _____ Gym | |

Inmate Request: Nurse Little, Pur your answer from my first step response I waited to see the Dentist; and Por Dr. Falks answer to the second step response, I waited and even submitted a Medical Request form to see the Dentist, and on or around the 17th and 18th of August 2013 I saw Dr. Rimbrant your Dentist, He told me that he didnot here anything about me and Dentures, and wasn't giving me any. The top of my mouth Hurts and at times bleeds from me trying to eat everything on my tray. Please help me resolve this issue. Please Respond within 10 working

Official Use Only:

| |
|---|
| |
| |
| |
| |

_____
Departmental Signature

East Mississippi Correctional Facility

**MTC** Management & Training Corporation

# Inmate Request Form

Inmate Name: Calvin P. Use' Sr.            MDOC #: 110652

Housing Assignment: •4•A•210•T•/ one and one copy made

Date: September First 2013
wrote

| | | |
|---|---|---|
| _____ Warden | _____ Education | _____ Unit Manager |
| _____ Warden of Security | _____ Telephone | _____ Psychologist |
| _____ Major | _X_ Grievance | _____ Mental Health Counselor |
| _____ Captain | _____ ID Badges | _____ Case Manager |
| _____ Chaplain | _____ Library | _____ Programs Director |
| _____ Medical | _____ Gym | |

Inmate Request:  Mrs. Gloria Perry M.D. Chief Medical Officer (M.D.O.C.)

With this request I'm enclosing a true copy of A·R·P #
-E·M·C·F·13-784 Dealing with a top Denture Plate. I
have been trying to get said denture plate since
12·2010 and since 7·2012 when •M·T·C· ie Health
Assurance took over the medical services here
at •E·M·C·F· I went to see Dr. Rimbrant on or around
the 17th or 18th of August 2013 and was still told
that Health Assurance doesn't give dentures.

Official Use Only:

| |
|---|
| |
| |
| |
| |

_____
Departmental Signature

*Exhibit, D, 3*

East Mississippi Correctional Facility



# Inmate Request Form

Inmate Name: _Calvin P. Use Sr._   MDOC #: _110652_

Housing Assignment: _4-B 213-L / one and one copy made_

Date: _May 30 2013_

| | | |
|---|---|---|
| _____ Warden | _____ Education | _____ Unit Manager |
| _____ Warden of Security | _____ Telephone | _____ Psychologist |
| _____ Major | _X_ Grievance | _____ Mental Health Counselor |
| _____ Captain | _____ ID Badges | _____ Case Manager |
| _____ Chaplain | _____ Library | _____ Programs Director |
| _____ Medical | _____ Gym | |

Inmate Request: Mrs. Graham; It has been over 45 days
sence I droped the ·A·R·P· about the diet trays and
snack bags. Now why haven't I heard anything about
the ·A·R·P· dealing with dentures.
    Now, If I do not get a response by June 15
2013, I will file my 1983 Complaint.

Official Use Only:

please process

Departmental Signature

C:\Users\torrance.kelley\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\48P6RYJ0\Inmate Request Form—MTC.doc | Revision No: 4 | Issue Date: 8/2012

·4·A·213·

EXHIBIT, A

File Copy

In the Mississippi Department of Corrections
    Administrative Remedy Program

Melvin R. Uter Sr. # 11062                    Petitioner

    vs.        A.R.P. # ·E·M·C·F·13·784

Health Assurance,                              Defendants
Dental Department.

"Request for Administrative Remedy"

Comes now, the the petitioner to file this request with
the this request for an administrative remedy to the
defendants refusal to give petitioner a top denture plate.

"Statement of Facts"

P.I.> Petitioner has been at E.M.C.F. sence 2005
P.II.> Between 2005 and 2012 all of petitioner's top
teeth has been removed.

P.III.> On or around July 22ⁿᵈ 2012 petitioner went to
Medical about a tooth ache and the dentis that was
there cleaned pititioner's bottom teeth.

P.IV.> On that day petitioner asked said dentist when
will they start calling inmates to do denture molds.

P.V> Petitioner was told by word of mouth that they were
going to start in August 2012.

"A R P = E.M.C.F.13.784.

"Statement - Fact Continued"

P.VI> On November 10th 2012 petitioner went back to the dental department with a tooth ache.

P.VII> Petitioner had wrote on his sickcall request that he needed a top denture plate.

P.VIII> While at November 10th dental visit petitioner asked by word of mouth about a top denture plate.

P.IX> Petitioner was then told by that dentist that Health Assurance didnot do dentures. I the petitioner Calvin P. Use Sr. asked at least 3 to 6 Times and I got the same answer.

P.X.> Now according to policy # 25-06-E in the Mississippi Department of Corrections, i.e. Dental Services Class IV, Subtitle Dental Prostheses, paragraph 89-95 I am intitled to a top denture plate.

"Relief Requested"

I.> That I be fitted with and given a top denture Plate with 120 days of this A.R.P.

"Respectfully Submitted By,"
Calvin P. Use' Sr # 110652
E.M.C.F.-4-A-211 ⟨11-10-12⟩

# MISSISSIPPI DEPARTMENT OF CORRECTIONS

## Administrative Remedy Program

ARP # _____ - _____ - _____

Date: _____

Received By:_____

Witness:_____

_____ Form ARP-1 — Offender's relief form

_____ Form ARP-2 — 1st step response

_____ Form ARP-3 — 2nd step response

_____ 5-Day extension

_____ Step 2 denial

_____ Rejected

_____ Other

**1st page of this receipt is to be returned to the Legal Claims Adjudicator to become part of inmate's ARP file**

YELLOW COPY - INMATE

## MISSISSIPPI DEPARTMENT OF CORRECTIONS

### Administrative Remedy Program

ARP # _____ - _____ - _____

Date: _____

Received By:_____

Witness:_____

_____ _____ Form ARP-1 — Offender's relief form

_____ Form ARP-2 — 1st step response

_____ Form ARP-3 — 2nd step response

_____ 5-Day extension

_____ Step 2 denial

_____ Rejected

_____ Other

1st page of this receipt is to be returned to the Legal Claims
Adjudicator to become part of inmate's ARP file

YELLOW COPY - INMATE

*Exhibit, B*

ARP-2

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

### NUMBER _____ - _____ - _____

# FIRST STEP RESPONSE FORM

Type or use ball point pen. You must return your response to the Legal Claims Adjudicator within 30 days of the date the request was initiated.

TO: _____     _____
           Inmate's Name and DOC#                                          Housing Unit

FROM: _____     _____
           Person to whom 1st Step is Directed                        Title/Location

If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Legal Claims Adjudicator within 5 days of your receipt of this decision.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____              _____
           Signature                                                    Date

( ) I am not satisfied with this response and wish to proceed to Step Two.
     REASON: _____

_____

_____

( ) I wish to cancel this complaint.  You do not have to return this and time limit will cancel complaint.

_____     _____     _____
Inmate's Signature                           DOC#                                   Date

**Inmate's - COPY**

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

## EMCF 13 – 784
## Second Step Response Form

You must respond to the inmate within 45 days of receipt of the appeal of the First Step Response.

Inmate's Name & #: **Calvin Use' # 110652**
Location:  **EMCF**

From:  **Dr. C. Faulks**
Title: **Facility Physician**

Dentures are provided accordig
to MDOC policies

Dentist will discuss with you on your
next evaluation date

_____                    7/3/13
Signature                                              Date

The above named inmate has fulfilled the requirements of the Administrative Remedy Program and is eligible to seek judicial review within 30 days of receipt of the Second Step Response.

_____          _____
Inmate's Signature DOC # Date

*Exhibit C, 2*

## MISSISSIPPI DEPARTMENT OF CORRECTIONS

**ARP SCREENING FORM**

**NAME:**   Use, Calvin

**MDOC #  110652**          **UNIT:**

**DATE WRITTEN:**    11/2012

**DATE RECEIVED:  6/4/2013**

**EMPLOYEE NAMED IN COMPLAINT:**

^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^

**ACCEPTED** ☒      **REJECTED** ☐   **LETTER #**

**CODE:**

**RESPONDENT:**

**SUMMARY OF COMPLAINT:**

Offender claim he had all of his top teeth pulled and was told he would get denture made. Now he told that they don't do denture anymore. Request to be fitted with and given his top dentrue.

^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^

**COMMENTS:**

*Exhibit, D, 1*



**STATE OF MISSISSIPPI**
**DEPARTMENT OF CORRECTIONS**
**CHRISTOPHER B. EPPS**
**COMMISSIONER**

Superintendent
Mississippi State Penitentiary

Post Office Box 1057
Parchman, Mississippi 38738
(662)745-6611

**January 3, 2013**

Inmate:     Phillip Calvin # 110652
EMCF

RE: Your Request For Administrative Remedy

Your  most recent Request for Administrative Remedy which <u>concerns dentures</u> has been accepted; however, it is noted that you have a previously accepted ARP or ARP's which is /are presently under review.  Your most recent request for Administrative Remedy is being set aside for handling in due course.  If you wish to have your request handled now through the Administrative Remedy Program, you may withdraw (in writing) all pending ARP's.

Sincerely,

*J. Birdtail*

Mrs. J. Birdtail, ARP Coordinator
Administrative Remedy Program

JB:     jb

Pc:     File

*Exhibit, D.2*

## East Mississippi Correctional Facility

# Inmate Request Form

**Inmate Name:** Calvin Use          **MDOC #:** 110652

**Housing Assignment:** 4A 213

**Date:** 6/12/13

| | | |
|---|---|---|
| _____ Warden | _____ Education | _____ Unit Manager |
| _____ Warden of Security | _____ Telephone | _____ Psychologist |
| _____ Major | _____ Grievance | _____ Mental Health Counselor |
| _____ Captain | _____ ID Badges | _____ Case Manager |
| _____ Chaplain | _____ Library | _____ Programs Director |
| _____ Medical | _____ Gym | |

**Inmate Request:**

**Official Use Only:** NOTICE

Dantures ARP is w/ staff; you should get a response shortly.

ARP Dept

**Departmental Signature**

Exhibit, D, 3

East Mississippi Correctional Facility

 Management & Training Corporation

# Inmate Request Form

Inmate Name: _Calvin P. Use' Sr._     MDOC #: _110652_

Housing Assignment: _4-B 213-L / one and one copy made_

Date: _May 30 2013_

| | | |
|---|---|---|
| _____ Warden | _____ Education | _____ Unit Manager |
| _____ Warden of Security | _____ Telephone | _____ Psychologist |
| _____ Major | __X__ Grievance | _____ Mental Health Counselor |
| _____ Captain | _____ ID Badges | _____ Case Manager |
| _____ Chaplain | _____ Library | _____ Programs Director |
| _____ Medical | _____ Gym | |

Inmate Request: Mrs. Graham; It has been over 45 days sence I droped the ·A·R·P· about the diet trays and snack bags. Now why haven't I heard anything about the ·A·R·P· dealing with dentures.

Now, If I do not get a response by June 15 2013, I will file my 1983 Complaint.

Official Use Only:

Please Process

Departmental Signature

4-A-213.

INMATE RECEIPT

# MISSISSIPPI DEPARTMENT OF CORRECTIONS

## Administrative Remedy Program

ARP # EMCF - 13 - 784

Date: 6-2013

Received By: Celina B. Hoover NDS-2

Witness: _____

_____ Form ARP-1 — Offender's relief form

___✓____ Form ARP-2 — 1st step response

_____ Form ARP-3 — 2nd step response

_____ 5-Day extension

_____ Step 2 denial

_____ Rejected

_____ Other

**1st page of this receipt is to be returned to the Legal Claims Adjudicator to become part of inmate's ARP file**

YELLOW COPY - INMATE

INMATE RECEIPT

## MISSISSIPPI DEPARTMENT OF CORRECTIONS

### Administrative Remedy Program

ARP # ̲t̲M̲C̲F̲ - ̲1̲3̲ - ̲7̲8̲4̲

Date: ̲2̲|̲5̲|̲1̲3̲

Received By: ̲J̲a̲l̲o̲n̲ ̲R̲.̲ ̲W̲o̲o̲ ̲S̲R̲.̲ ̲H̲O̲C̲S̲

Witness: ̲R̲ ̲N̲a̲i̲d̲o̲ ̲2̲/̲5̲/̲1̲3̲ ̲A̲R̲P̲C̲l̲e̲r̲k̲

_____ _____ Form ARP-1 — Offender's relief form

_____ Form ARP-2 — 1st step response

___✓___ Form ARP-3 — 2nd step response

_____ 5-Day extension

_____ Step 2 denial

_____ Rejected

_____ Other


**1st page of this receipt is to be returned to the Legal Claims Adjudicator to become part of inmate's ARP file**


YELLOW COPY - INMATE

Dental Request Form

July 19th 2012

Calvin P. Use' Sr. #110652; 4-A-211-L

To whom it may concern; "one and one copy made"

I'm writting for two (2) Reasons.

First, is the tooth on the Left back bottom Jaw is bleeding ~~and~~ And hurting.

Second, is I need a top plate made. I've been two (2) years with out any top teeth. Please with these problems A.S.A.P.

Thank U for your help and time in these issues.

File Copy

INMATE RECEIPT

# MISSISSIPPI DEPARTMENT OF CORRECTIONS

## Administrative Remedy Program

ARP # LMCT - 13 - 784

Date: 2|5|13

Received By: _Calvin R. Wse SR. MOCS_

Witness: _Bnaudo 2/5/13 ARPClerk_

\_\_ \_\_\_\_\_ Form ARP-1 — Offender's relief form

_____ Form ARP-2 — 1st step response

\_\_✓\_\_ Form ARP-3 — 2nd step response

_____ 5-Day extension

_____ Step 2 denial

_____ Rejected

_____ Other

1st page of this receipt is to be returned to the Legal Claims
Adjudicator to become part of inmate's ARP file

YELLOW COPY - INMATE